UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                  Criminal No. 26-mj-30049

v.

Glenn Mays,

      Defendant.

_____/

## **ORDER UNSEALING THE COMPLAINT AND ARREST WARRANT**

For the reasons stated in the government's motion, it is ordered that the

Complaint, Arrest Warrant, and all attendant papers be unsealed.

**IT IS SO ORDERED.**

                                **s/Elizabeth A. Stafford**_____

                                Elizabeth A. Stafford

                                United States Magistrate Judge

Entered: February 9, 2026